NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERYL TAYLOR,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3113

---

Petition for review of the Merit Systems Protection Board in No. AT0752120258-I-1.

---

## ON MOTION

---

## O R D E R

Sheryl Taylor moves for the court to "enter an order for respondent/the Merit Systems Protection Board . . . to appoint or assign counsel."  She moves separately for oral argument.

The court generally does not appoint counsel on appeal and sees no grounds for doing so here.  *See Taylor v. Merit Sys. Protection Bd.*, 2013 WL 3613934, at *4 (Fed. Cir. July 16, 2013) (noting that Taylor had filed "numerous motions" seeking appointment of counsel that were denied and that

SHERYL TAYLOR V. MSPB                                                2

she had "no constitutional right to counsel for her present appeal, and this court has no means by which it could appoint counsel to represent her.").

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to appoint counsel is denied.

(2)  The motion for oral argument is deferred for consideration by the merits panel assigned to hear the case.

(3)  A copy of the papers relating to the motion for oral argument and this order shall be transmitted to the merits panel assigned to decide this case.

                    FOR THE COURT


                     /s/ Daniel E. O'Toole
                    Daniel E. O'Toole
                    Clerk

s26